Sergio Jones
TDCJ # 2324033
Wainwright Unit
2665 Jovain Motley Blvd.
Lovelady, Texas 75851

SA25CA0843 FB

Dated filed: July 8, 2025

Clerk
United States District Court
Western District of Texas
655 E. Cesar E. Chavez Blvd. Room G65
San Antonio, Texas 78206

Re: filing of 42 U.S.C. § 1983

Please find enclosed . . . .

Sincerely

Plaintiff / pro-se.