Sergio Jones
TDCJ
Wainwright Unit
2665 Jovanin Motley Blvd.
Lovelady, Texas 75851

RECEIVED
JUL 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Legal mail

Clerk
United States District Court
Western District of Texas
655 E. Cesar E. Chavez Blvd.
San Antonio, Texas 78206

SA25CA0843  FB  MJ-RBF