In The United States District Court
for the Western District of Texas
San Antonio Division

Sergio Jones
    Plaintiff

v.

Bexar County
Jim Acuna
J.A. Quintanilla
    Defendant(s)

Civil Action No.
SA25CA0843-FB

Summons

A lawsuit has been filed against you

Within 21 days, after service of this summons on you (not counting the day you received it) or 60 days. if you are the United States or a United States Agency or an officer or employee of the United States described in Fed. R. Civil Procedure 12(A)(2) or (3). You must serve on the Plaintiff, an Answer to the attached Complaint or a Motion under Rule 12 of the Federal of Civil Procedure. The Answer or Motion must be served on the Plaintiff

If you fails to respond, judgment by Default will be entered against you for the relief demand in this Complaint you must also file your Answer or Motion with the Court.

Dated: 7/8/2025